**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY,       )<br>)<br>)<br>Plaintiff,    )<br>)<br>vs.    )<br>)<br>COLIN M. BETTS,    )<br>JILL  BETTS,    )<br>USAA,    )<br>)<br>Defendants.    ) | No. 1:10-cv-00571-TWP-DKL |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the Court's Entry, the Court now enters FINAL JUDGMENT in this action in favor of Plaintiff, American Family Mutual Insurance Company, and against Defendants, Colin M. Betts, Jill Betts, and USAA.  The Court enters declaratory judgment as follows:

(1) That the American Family Mutual Insurance Company policy issued to Andrew Betts, policy number 0816-6572-02-83-FPPA-IN, excludes and does not cover Colin Betts for any liability claims arising out of the accident occurring on October 22, 2007 in Cole, Oklahoma and/or the lawsuit filed in Oklahoma by Jill Betts against Colin Betts under cause number CJ-09-703;

(2) That American Family Mutual Insurance Company has no obligation to defend or indemnify Colin Betts against any claims arising out of the accident occurring on October 22, 2007 in Cole, Oklahoma and/or the lawsuit filed in Oklahoma by Jill Betts against Colin Betts under cause number CJ-09-703;

(3) That American Family Mutual Insurance Company has no obligation to compromise or settle any claim arising out of the accident occurring on October 22, 2007 in Cole, Oklahoma and/or the lawsuit filed in Oklahoma by Jill Betts against Colin Betts under cause number CJ-09-703;

(4) That American Family Mutual Insurance Company has no obligation to pay or satisfy, in whole or in part, any judgment that may be rendered against Colin Betts in any action brought against him arising out of the accident occurring on October 22, 2007 in Cole, Oklahoma and/or the lawsuit filed in Oklahoma by Jill Betts against Colin Betts under cause number CJ-09-703;

(5) That the American Family Mutual Insurance Company policy issued to Andrew Betts, policy number 0816-6572-02-83-FPPA-IN, excludes and does not cover Jill Betts for any uninsured motorist claims arising out of the accident occurring on October 22, 2007 in Cole, Oklahoma and/or the lawsuit filed in Oklahoma by Jill Betts against Colin Betts under cause number CJ-09-703;

(6) That Collin Betts breached the terms and conditions of the American Family Mutual Insurance Company policy issued to Andrew Betts, policy number 0816-6572-02-83-FPPA-IN, such that American Family Mutual Insurance Company is excused from any performance under that policy and will not be required to provide any coverage to Jill Betts and/or Colin Betts for any claims arising out of the accident occurring on October 22, 2007 in Cole, Oklahoma and/or the lawsuit filed in Oklahoma by Jill Betts against Colin Betts under cause number CJ-09-703.

**SO ORDERED.**

Dated:  12/10/2013

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk of Court

By: _____

     Deputy Clerk


Distribution:

COLIN M. BETTS
2417 W. Bethel Ave., Apt. 15
Muncie, IN 47304

JILL  BETTS
2417 West Bethel Ave., Apt. 15
Muncie, IN 47304

Joseph M. Weidhaas
JOHNSON, VORHEES & MARTUCCI
510 West 6th Street
Joplin, MO 64801

Robert Scott O'Dell
O'DELL & ASSOCIATES, P.C.
rodell@odell-lawfirm.com